**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Allan Aumentado,<br><br>　　　Petitioner<br><br>v.<br><br>John Mattos,<br><br>　　　Respondent | Case No.: 2:25-cv-02571-APG-DJA<br><br>**Order Directing<br>Service of the Petition and<br>Appointing Counsel**<br><br>[ECF Nos. 1, 1-1] |

　　　Allan Aumentado, immigration detainee, has filed a *pro se* Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 and an application to proceed *in forma pauperis* (IFP). ECF Nos. 1, 1-1. Good cause exists to grant the IFP application. In his petition, Aumentado requests appointment of counsel. ECF No. 1-1 at 1. The appointment of counsel supports the interests of justice given, among other things, the complexities of this case.[1] Following a preliminary review of the petition, I direct that the petition be served on the respondents.

　　　I HEREBY ORDER that the IFP application (ECF No. 1) is granted.

　　　I FURTHER ORDER that the Federal Public Defender for the District of Nevada is appointed to represent Aumentado and is directed to file a notice of appearance (or indicate its inability to represent Aumentado) by January 13, 2026. If the Federal Public Defender is unable to represent Aumentado because of a conflict of interest or for any other reason, alternate counsel will be appointed. Appointed counsel will represent Aumentado in all federal proceedings

---

[1] Prisoners applying for habeas corpus relief are entitled to appointed counsel when the circumstances indicate that appointed counsel is necessary to prevent due process violations. *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986) (citing *Kreiling v. Field*, 431 F.2d 638, 640 (9th Cir. 1970) (per curiam)). Indeed, the court may appoint counsel at any stage of the proceedings if the interests of justice so require. *See* 18 U.S.C. § 3006A; *see also* Rule 8(c), Rules Governing § 2254 Cases; *Chaney*, 801 F.2d at 1196.

related to this matter, including any appeals or certiorari proceedings, unless allowed to withdraw.

I FURTHER ORDER the Clerk of the Court to send a copy of this order to the Federal Public Defender and the CJA coordinator for this division.

I FURTHER ORDER the Clerk of Court to:

1. **DELIVER** a copy of the Petition (ECF No. 1-1) and this Order to the U.S. Marshal for service.
2. **ADD** the United States Attorney for the District of Nevada to the docket as an Interested Party.
3. **SEND**, through CM/ECF, a copy of the Petition (ECF No. 1-1) and this Order to the United States Attorney for the District of Nevada at Sigal.Chattah@usdoj.gov, Veronica.criste@usdoj.gov, Summer.johnson@usdoj.gov, and caseview.ecf@usdoj.gov, in accordance with Federal Rule of Civil Procedure 5(b)(2)(E).
4. **MAIL** a copy of the Petition (ECF No. 1-1) and this Order pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure to:
   1) John Mattos, Warden, Nevada Southern Center, 2190 E. Mesquite Ave. Pahrump, NV 89060

I FURTHER ORDER the **U.S. Marshal to SERVE** a copy of the Petition (ECF No. 1-1) and this Order on the United States Attorney for the District of Nevada or on an Assistant United States Attorney or clerical employee designated by the United State Attorney pursuant to Rule 4(i)(1)(A)(i) of the Federal Rules of Civil Procedure.

I FURTHER ORDER that the FPD will have until January 20, 2026 to file an amended petition for writ of habeas corpus.

I FURTHER ORDER that the respondents must not transfer Aumentado out of this District without further order of this court. *See F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 604 (1966)

(noting the court's "express authority under the All Writs Act to issue such temporary injunctions as may be necessary to protect its own jurisdiction").  Given the exigent circumstances, I find that this order is warranted to maintain the *status quo* pending resolution on the merits and find that Aumentado has satisfied the factors governing the issuance of such preliminary relief.

 I FURTHER ORDER counsel for the respondents to file a notice of appearance by January 13, 2026 and file and serve their response to the amended petition within 14 days of service, unless additional time is allowed for good cause shown.

 I FURTHER ORDER that Aumentado has seven days following the filing of the response to file a reply.

 DATED this 5th day of January, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE