**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLEN AUMENTADO, | Case No.: 2:25-cv-02571-APG-DJA |
| Petitioner | **Order Denying Petition for Writ of Habeas Corpus as Moot** |
| v. | [ECF No. 1-1] |
| JOHN MATTOS, et al., | |
| Respondents | |

In light of the government's notice that petitioner Allen Aumentado has been removed from the United States (ECF No. 8), and the petitioner's counsel's response requesting that I deny the petition as moot (ECF No. 9),

I ORDER that petitioner Allen Aumentado's petition for writ of habeas corpus (ECF No. 1-1) is DENIED as moot. The clerk of court is instructed to close this case.

DATED this 20th day of January, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE